```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

      UNITED STATES OF AMERICA

                        Plaintiff(s)

         -vs-                                    05-CR-6082T

      RONALD NEWMAN

                        Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

SO ORDERED.

```
                                    S/ MICHAEL A. TELESCA
                                   MICHAEL A. TELESCA
                                   United States District Judge

Dated:   Rochester, New York
         March 3, 2006
```